2016-0506 (La. 5/2/16)

**STATE of Louisiana**

v.

**Germany G. SMITH, Johnny Ray Robinson And Johnathan T. Robinson**

**NO. 2016-KK-0506**

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. 5, No. 325,232; to the Court of Appeal, Second Circuit, No. 50,-606-KW;

Denied.

WEIMER, J., would grant.

2016-0509 (La. 5/2/16)

**NATIONAL RESTORATION OP NEW ORLEANS, INC.**

v.

**Lance M. ELLIS**

**NO. 2016-C-0509**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. G, No. 08-4826; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0703

Denied.

2016-0512 (La. 5/2/16)

**SUCCESSION OF Montie Holt GONZALES**

**NO. 2016-C-0512**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Assumption, 23rd Judicial District Court Div. D, No. 6857; to the Court of Appeal, First Circuit, No. 2015 CA 0184;

Denied.